# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILI YANN P. MANURUNG, an individual; and TAVITA MATTHEW M. SAMATUA, and individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC; MCPEEK'S DODGE OF ANAHEIM dba MCPEEK'S CDJR OF ANAHEIM; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-00934-JLS-DFM<br><br>**ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT** |

1 | Having considered the parties' joint Stipulation to Remand (Doc. 12), the
2 | Court ORDERS that the entire case is hereby remanded to the Superior Court of the
3 | State of California for the County of Orange, originally commenced as case number
4 | 30-2021-01195892-CU-BC-CJC

**IT IS SO ORDERED.**

DATED: July 02, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE